# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| PABLO ESPIN, NICHOLAS PADAO, JEREMY BELL, and KEITH TAYLOR, on behalf of themselves and others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITIBANK, N.A. <br><br> *Defendant(s)* | Civil Action No. 5:22-cv-00383 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITIBANK, N.A.
c/o CT Corporation System, Registered Agent
160 Mine Lake Ct., Suite 200
Raleigh, NC 27615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Knoll D. Lowney, Esq.**
**Claire Tonry, Esq.**
**Alyssa Koepfgen, Esq.**
**Marc Zemel, Esq.**
**SMITH & LOWNEY,**
**PLLC 2317 E. John Street**
**Seattle, Washington, 98112**

**Robert E. Zaytoun, Esq.**
**Matthew D. Ballew, Esq.**
**Paul J. Puryear, Jr., Esq.**
**John R. Taylor, Esq.**
**ZAYTOUN BALLEW & TAYLOR, PLLC**
**3130 Fairhill Drive, Suite 100**
**Raleigh, NC 27612**
*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:22-cv-00383

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: