IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:22-cv-00383-BO-RN

PABLO ESPIN, NICHOLAS PADAO, )
JEREMY BELL, and KEITH TAYLOR, *on* )
*behalf of themselves and others similarly* )
*situated*, )
)
)
         Plaintiffs, )
)
         v. )
)
CITIBANK, N.A., )
)
         Defendant. )
)
)

## ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR CITIBANK'S MOTION TO COMPEL ARBITRATION

THIS MATTER having come before the Court upon the parties' Joint Motion to Modify the Briefing Schedule for Citibank's Motion to Compel Arbitration [DE 22]; and the Court having considered the same, and for good cause shown,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED

- Citibank's deadline to file its reply brief in support of its Motion to Compel Arbitration is extended to March 30, 2023.

- Citibank's reply brief shall address Plaintiffs' opposition to the motion, the government's Statement of Interest in opposition to the motion, and the amici brief anticipated to be filed prior to March 16, 2023.

1

- To the extent amicus briefs are submitted after March 16, 2023 or raise issues beyond the enforcement of arbitration clauses under the Servicemembers Civil Relief Act ("SCRA") or Military Lending Act ("MLA"), Citibank may separately seek leave from the Court to file a response.

- Citibank is given permission to file a reply brief in excess of the local rules regarding page limits, not to exceed 25 pages.

- Plaintiffs may submit a surreply brief by April 30, 2023, not to exceed 15 pages, which shall be limited to responding to any new arguments in Citibank's reply.

SO ORDERED, this 15 day of March, 2023

_____
The Honorable Terrence W. Boyle
United States District Court Judge for the Eastern District of North Carolina