IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-383-BO-RN

| | |
|---|---|
| PABLO ESPIN, NICHOLAS PADAO, JEREMY BELL, and KEITH TAYLOR, *on behalf of themselves and others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | ORDER |

On October 13, 2023, Citibank noticed an appeal of this Court's denial of its motion to compel arbitration. 9 U.S.C. § 16(a). "[A] district court must stay its proceedings while the interlocutory appeal on arbitrability is ongoing." *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023). Accordingly, this action is hereby STAYED in its entirety pending Citibank's appeal. The clerk is DIRECTED to remove the case from the active docket during the pendency of the appeal. The parties shall notify the Court that the stay should be lifted within five (5) days of the resolution of the appeal.

SO ORDERED, this ___ day of November 2023.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE